UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **ANTHONY JOE,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **RUSSELL WASHBURN,** | CASE NO: 18-1075-STA-egb |
| Respondent. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis on July 30, 2018, the petition is Dismissed. Judgment entered for Respondent.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/10/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk